WHITE v. WHITE

No. 70 PC.

Case below: 25 N.C. App. 150.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1975.